# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>Duria Marish Morales Mancia<br>and Rosy Daniel Zuniga Espinoza<br>*Defendant(s)* | Case No. 3:23-mj-00048 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 15, 2023__ in the county of __Clackamas__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) (1) | Possession with Intent to Distribute (Fentanyl) |
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute (Fentanyl) |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent Nick Kocher, which is attached and incorportated fully by reference

☑ Continued on the attached sheet.

/s/ Nick Kocher
*Complainant's signature*

Nick Kocher, Special Agent, DEA
*Printed name and title*

Sworn via telephone at 9:20 am pursuant to Fed. R. Crim. P. 4.1.

Date: March 16, 2023

*Judge's signature*

City and state: Portland, Oregon   Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*